**Order entered December 6, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-21-00951-CV

### DOUGLAS D. BOX, Appellant

### V.

### PETROTEL OMAN LLC, PETROTEL OMAN ONSHORE LLC, AND PETROTEL OMAN OFFSHORE LLC, Appellees

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-01697-2021**

### ORDER

Before the Court is appellant's December 2, 2021 unopposed motion for a fourteen-day extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief be filed no later than December 20, 2021.

/s/     KEN MOLBERG
JUSTICE